**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ODELL BURNELL,**
**ADC #128641**                                                                                          **PLAINTIFF**

**V.**                      **CASE NO. 4:16-CV-610-SWW-BD**

**LAURA BRIANN, et al.**                                                         **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**     **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of the date of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion**

On August 25, 2016, Plaintiff Odell Burnell, formerly an inmate at the Saline County Detention Facility, filed this action without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) He is proceeding *in forma pauperis*. (#3)

Mr. Burnell is no longer incarcerated at the Saline County Detention Facility, as evidenced the fact that mail sent to him at his address of record was returned to the Court

as undeliverable on September 6 (#5), September 13 (#10), September 19 (#15), and October 11, 2016 (#20). Mr. Burnell has failed to inform the Court of a valid current address as required by the Court's local rules.

On September 7, 2016, the Court ordered Mr. Burnell to provide notice of his current address within thirty days. The Court specifically cautioned Mr. Burnell that if he failed to comply with the Court's order, his claims could be dismissed, without prejudice. (#6)

To date, Mr. Burnell has not complied with the Court's September 7, 2016 Order, and the time for doing so has expired.

### III. Conclusion

Mr. Burnell's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's September 7, 2016 order, and his failure to prosecute this action. See Local Rule 5.5(c)(2). In addition, separate Defendant Briann's motion to clarify (#17) should be DENIED, as moot.

DATED this 11th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE