**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ODELL BURNELL,
ADC #128641**                                                                   **PLAINTIFF**

V.                     **CASE NO. 4:16-CV-610-SWW-BD**

**LAURA BRIANN, et al.**                                                     **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Burnell's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's September 7, 2016 Order, and his failure to prosecute this lawsuit. In addition, Separate Briann's motion to clarify (docket entry #17) is DENIED, as moot.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 8th day of November, 2016.

                                                   /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE