# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ODELL BURNELL,**
**ADC #128641**                                                                   **PLAINTIFF**

**V.**                     **CASE NO. 4:16-CV-610-SWW-BD**

**LAURA BRIANN, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of November, 2016.

                                                                          /s/Susan Webber Wright

                                                                       UNITED STATES DISTRICT JUDGE